IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFERY A. STALLWORTH                                                        PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:16-CV-578- HTW-LRA

EAST METRO CORRIDOR COMMISSION, and
THE MISSISSIPPI DEPARTMENT OF
TRANSPORTATION                                                             DEFENDANTS

## ORDER DENYING CONTINUANCE

Before the Court is the motion of the Plaintiff, Jeffery A. Stallworth, [docket no. 56],

acting pro se, for a continuance and resetting of the motion hearing set for January 10, 2017.  In

its response to Plaintiff's motion for a continuance, the Defendant, Mississippi Transportation

Commission (incorrectly identified in Plaintiff's pleadings as the Department of Transportation),

re-urges its motion to dismiss the complaint [docket no. 43] and submits that the court do so

without the necessity of a hearing.

This Court finds that Plaintiff's motion for continuance is not well taken.  Plaintiff failed

to respond to Defendant's motion to dismiss despite numerous opportunities to do so over the

course of approximately three months.  Even after being granted an extension of time until

September 27, 2016, Plaintiff failed to respond to Defendant's motion and has not yet responded

to same.

The Defendant urges this Court to grant its motion to dismiss without conducting a

hearing on the matter; however, out of an abundance of caution and recognizing that Plaintiff is

proceeding pro se, this court has attempted to provide to Plaintiff every reasonable opportunity to

present the arguments on behalf of his position, not only regarding the Defendant's motion to

dismiss, but also as regards Plaintiff's own motions.

Plaintiff's "motion requesting a re-setting of hearing" is **denied. [docket no. 56].** The hearing will go forward as scheduled on January 10, 2017 at 9:30 a.m.  Failure of Plaintiff to appear may result in dismissal of this cause with prejudice.

**SO ORDERED AND ADJUDGED**, this the 5th day of January, 2017.

_s/HENRY T. WINGATE_____
UNITED STATES DISTRICT JUDGE