UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| TONY T. YARBER *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | No.: 3:16-CV-246-CWR-ASH |
| TATE REEVES *et al.*, ) | |
| Defendants. ) | |

**PLAINTIFFS' REPLY REGARDING
MOTION TO AMEND THE CLASS ACTION COMPLAINT**

Without conceding the accuracy of the Defendants' statements regarding plaintiffs, allegations, or counts that this Court or the Fifth Circuit has ordered to be dismissed, Def. Resp. at 1, and without waiving any rights, the Plaintiffs confirm that their motion to amend does not seek reconsideration of any of this Court's prior orders.

May 16, 2024

Respectfully submitted,

**Mayor Chokwe Antar Lumumba, Mayor of the City of Jackson, Mississippi, on behalf of the Citizens of the City of Jackson, Mississippi; Ashby Foote, Kenneth I. Stokes, Angelique C. Lee, Brian C. Grizzell, Vernon W. Hartley Sr., Aaron Banks, and Virgi Lindsay, all in their official capacities as elected members of the City Council of the City of Jackson, Mississippi, from their respective wards**

By: s/ *Sheridan Carr*
Sheridan A. Carr, MSB #106276
Drew Martin, MSB #101045
THE OFFICE OF THE CITY ATTORNEY
455 East Capitol Street

1

>Post Office Box 2779
>Jackson, Mississippi  39207-2779
>Office: 601.960.1799
>Facsimile: 601.960.1756
>Email: scarr@jacksonms.gov
>Email: dmartin@city.jackson.ms.us
>
>**Mayor Chokwe Antar Lumumba, individually as a taxpayer and citizen of the City of Jackson, Mississippi, on behalf of himself and all others similarly situated**
>
>By:  s/  *Sheridan Carr*
>     Sheridan A. Carr, MSB #106276
>     Drew Martin, MSB #101045
>     THE OFFICE OF THE CITY ATTORNEY
>     455 East Capitol Street
>     Post Office Box 2779
>     Jackson, Mississippi  39207-2779
>     Office: 601.960.1799
>     Facsimile: 601.960.1756
>     Email: scarr@jacksonms.gov
>     Email: dmartin@city.jackson.ms.us
>
>**Ashby Foote, Kenneth I. Stokes, Angelique C. Lee, Brian C. Grizzell, Vernon W. Hartley, Aaron Banks, and Virgi Lindsay, individually as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated**
>
>By:  s/  *Sheridan Carr*
>     Sheridan A. Carr, MSB #106276
>     Drew Martin, MSB #101045
>     THE OFFICE OF THE CITY ATTORNEY
>     455 East Capitol Street
>     Post Office Box 2779
>     Jackson, Mississippi  39207-2779
>     Office: 601.960.1799
>     Facsimile: 601.960.1756
>     Email: scarr@jacksonms.gov
>     Email: dmartin@city.jackson.ms.us
>
>**Jackson Municipal Airport Authority, Board of Commissioners of the Jackson Municipal Airport Authority, Lucius Wright, Rickey Jones,**

**and Rica Lewis-Payton each in his or her official capacity as a Commissioner on the Board of Commissioners of the Jackson Municipal Airport Authority**

By:     *s/     LaToya C. Merritt*
            Fred Banks, Jr., Bar No. 1733
            LaToya C. Merritt, Bar No. 100054
            Nicholas F. Morisani, Bar No. 104970
            Phelps Dunbar, LLP
            4270 I-55 North
            Jackson, Mississippi 39211-6391
            Post Office Box 16114
            Jackson, Mississippi 39236-6114
            Telephone: (601) 352-2300
            Facsimile: (601) 360-9777
            Fred.Banks@phelps.com
            LaToya.Merritt@phelps.com
            Nick.Morisani@phelps.com

By:     *s/     John L. Walker*
            John L. Walker, Bar No. 6883
            Walker Group, PC
            1410 Livingston Lane, Suite A
            Post Office Box 22849
            Jackson MS 39225-2849
            Telephone: 601.948-4589
            Facsimile: 601.354.2507
            jwaker@walkergrouppc.com

**Lucius Wright, Rickey Jones, and Rica Lewis-Payton, each individually as members of the Jackson Municipal Airport Authority and as citizens of the City of Jackson, Mississippi, on behalf of themselves and all others similarly situated**

By:     *s/     Carlos Tanner*
            E. Carlos Tanner, Bar No. 102713
            Tanner & Associates, LLP
            263 E. Pearl Street
            Jackson, Mississippi 39201
            Telephone: 662.796.3509
            Facsimile: 662.796.3509
            carlos.tanner@thetannerlawfirm.com

By: s/ *Austin Anderson*
Scott P. Lewis, *pro hac vice*
Austin P. Anderson, *pro hac vice*
Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, Massachusetts  02109
Telephone:  (617) 621-6500
Facsimile:  (617) 621-6660
aanderson@andersonkreiger.com

4

## CERTIFICATE OF SERVICE

I, LaToya C. Merritt, certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system, which provides service of the foregoing to all counsel of record who have entered an appearance in this case as of the date below.

Date: May 16, 2024.

s/    *LaToya C. Merritt*
LaToya C. Merritt
